Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,358,574

## United States Patent and Trademark Office   Registered June 13, 2000

## TRADEMARK
PRINCIPAL REGISTER

### HOY

DISTRIBUTION SYSTEMS OF AMERICA, INC. (NEW YORK CORPORATION)
235 PINELAWN ROAD
MELVILLE, NY 11747

FOR: NEWSPAPERS FOR GENERAL CIRCULATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-16-1998; IN COMMERCE 11-16-1998.

SN 75-540,979, FILED 8-24-1998.

ROBERT COGGINS, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,426,833

**United States Patent and Trademark Office**    Registered Feb. 6, 2001

## SERVICE MARK
PRINCIPAL REGISTER

## HOLAHOY.COM

DSA COMMUNITY PUBLISHING, LLC (DELAWARE LIMITED LIABILITY COMPANY)
235 PINELAWN ROAD
MELVILLE, NY 11747

FOR: PROVIDING A WIDE RANGE OF GENERAL INTEREST NEWS AND INFORMATION VIA GLOBAL COMPUTER INFORMATION NETWORKS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-17-2000; IN COMMERCE 1-17-2000.

THE ENGLISH TRANSLATION OF "HOLAHOY" IS "HELLOTODAY".

SER. NO. 75-902,512, FILED 1-24-2000.

DAVID ELTON, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,306,148
Registered Jan. 4, 2000

## TRADEMARK
### PRINCIPAL REGISTER



DISTRIBUTION SYSTEMS OF AMERICA, INC.
(NEW YORK CORPORATION)
235 PINELAWN ROAD
MELVILLE, NY 117474250

FOR: NEWSPAPERS FOR GENERAL CIRCULATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-12-1998; IN COMMERCE 11-12-1998.

THE ENGLISH TRANSLATION OF "HOY" IS "TODAY".

SER. NO. 75-599,299, FILED 12-3-1998.

LESLIE RICHARDS, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,618,311

United States Patent and Trademark Office  Registered Sep. 10, 2002

## TRADEMARK
### PRINCIPAL REGISTER



DSA COMMUNITY PUBLISHING, LLC (DELAWARE CORPORATION)
235 PINELAWN ROAD
MELVILLE, NY 11747

FOR: NEWSPAPERS FOR GENERAL CIRCULATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-4-2001; IN COMMERCE 2-4-2001.

OWNER OF U.S. REG. NOS. 2,306,148 AND 2,358,574.

THE STIPPLING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS "TODAY"

SER. NO. 78-052,312, FILED 3-9-2001.

CHERYL CLAYTON, EXAMINING ATTORNEY