Rita Mirman
Counsel/Intellectual Property
312/222-3290

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
fax: 312/222-4206
e-mail: rmirman@tribune.com

March 30, 2005

**VIA OVERNIGHT COURIER**

Alex Ormaza
2211 Luzerne Avenue
Silver Spring, MD 20910

Re:    Unauthorized Use of HOY Trademark

Dear Mr. Ormaza:

I am writing as counsel for Hoy Publications LLC ("Hoy"). It has come to our attention that you announced the launch of a Washington DC metropolitan area English-Spanish weekly newspaper called *Washington Hoy*. Unfortunately, your use of the word "HOY" in this manner infringes Hoy's trademark rights.

As you may know, after our first *Hoy* newspaper in New York, we expanded our distribution to Chicago and Los Angeles. Consumers seeing your publication using the "HOY" name will naturally be confused into believing that it is our *Hoy* publication that has expanded into the next logical market. Your use of the word "HOY" in connection with identical goods constitutes trademark infringement, trademark dilution, and unfair competition, and carries serious ramifications.

The exclusive rights to the HOY mark are well-established and supported by multiple federal trademark registrations, including one for HOY for use in connection with newspapers for general circulation (Reg. No. 2358574) and several other "HOY" federal trademark registrations for newspapers and related media goods and services. *See* Reg. Nos. 2306148, 2618311, 2426833, and 2385931. Hoy has rights under these trademark registrations including the right to enforce the marks.

Hoy regards its intellectual property rights, particularly in the HOY marks, as among its most valuable assets, and will not hesitate to protect its rights in this regard. Nevertheless, we trust that this matter can be resolved swiftly and amicably, and without the need for formal proceedings. We believe that it is in both parties' best interest to resolve this matter before your company spends a lot of resources launching with the "HOY" name. If you agree with this approach, please contact me within five business days to confirm that you are not using or will immediately cease from all use of the HOY mark or any confusingly similar mark.

I look forward to hearing from you to confirm that you have received this letter and that you have complied with our request.

Sincerely,

*Rita Mirman*

Rita Mirman