Document Description: **Trademark Application**
Mail / Create Date: **02-Apr-2005**

Previous Page    Next Page    You are currently on page 1 of 3

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Application, Principal Register

Serial Number: 78600592
Filing Date: 04/02/2005

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | Washington Hoy |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Washington Hoy |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | ISAMA Communications, CORP |
| STREET | 2211 Luzerne Ave |
| CITY | Silver Spring |
| STATE | Maryland |
| ZIP/POSTAL CODE | 20910 |
| COUNTRY | United States |
| PHONE | 3015888413 |
| EMAIL | aormaza@washingtonhoy.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **LEGAL ENTITY SECTION** | |

| TYPE | PARTNERSHIP |
|---|---|
| STATE/COUNTRY UNDER WHICH ORGANIZED | Maryland |
| NAME(S) OF GENERAL PARTNER(S) & CITIZENSHIP/INCORPORATION | Alex Agustin Ormaza, American Isabel Manuela Estrada, Cuban |
| **GOODS AND/OR SERVICES SECTION** | |
| DESCRIPTION | Newspapers {bilingual English-Spanish} |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 01/15/2005 |
| FIRST USE IN COMMERCE DATE | 04/01/2005 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\786\005\78600592\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | Image of the Front Page of the newspaper. (We will certainly submit actual copies of the newspaper once we know how) |
| **ADDITIONAL STATEMENTS SECTION** | |
| DISCLAIMER | No claim is made to the exclusive right to use Hoy apart from the mark as shown. |
| TRANSLATION | The foreign wording in the mark translates into English as Today. |
| SECTION 2(f) BASED ON EVIDENCE | The mark has become distinctive of the goods/services, as demonstrated by the attached evidence. |
| SECTION 2(f), IN PART BASED ON EVIDENCE | Washington Hoy has become distinctive of the goods/services, as demonstrated by the attached evidence. |
| CONCURRENT USE | This mark is for a bilingual (Spanish/English) newspaper in the Washington Metropolitan Area (Maryland, Virginia and DC) |
| MISCELLANEOUS STATEMENT | This is a newspaper launched as of April 1st, 2005. It's being audited by the Circulation Verification Council (as noted by their Logo in the Front Page). |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Alex A Ormaza/ |
| SIGNATORY NAME | Alex Agustin Ormaza |
| SIGNATORY DATE | 04/02/2005 |

| SIGNATORY POSITION | Publisher |
|---|---|
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| **CORRESPONDENCE SECTION** | |
| NAME | ISAMA Communications, CORP |
| STREET | 2211 Luzerne Ave |
| CITY | Silver Spring |
| STATE | Maryland |
| ZIP/POSTAL CODE | 20910 |
| COUNTRY | United States |
| EMAIL | aormaza@washingtonhoy.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Sat Apr 02 08:28:36 EST 2005 |
| TEAS STAMP | USPTO/BAS-68167198212-200 50402082836360003-7860059 2-2009bbb791a479aae1613db 528a614b83b3-CC-603-20050 402082638829075 |

PTO Form 1478 (Rev 4/98)
OMB Control #0651-0009 (Exp. 06/30/2005)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78600592
## Filing Date: 04/02/2005

**To the Commissioner for Trademarks:**

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of Washington Hoy.

The applicant, ISAMA Communications, CORP, a partnership organized under the laws of Maryland, having as partner(s) Alex Agustin Ormaza, American Isabel Manuela Estrada, Cuban, residing at 2211 Luzerne Ave, Silver Spring, Maryland, United States, 20910, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

    International Class _____: Newspapers {bilingual English-Spanish}

In International Class _____, the mark was first used at least as early as 01/15/2005, and first used in commerce at least as early as 04/01/2005, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Image of the Front Page of the newspaper. (We will certainly submit actual copies of the newspaper once we know how).

    Specimen - 1

No claim is made to the exclusive right to use Hoy apart from the mark as shown.

The foreign wording in the mark translates into English as Today.

The mark has become distinctive of the goods/services, as demonstrated by the attached evidence.
    The applicant submits the following evidence to support the §2(f) claim:

Washington Hoy has become distinctive of the goods/services, as demonstrated by the attached evidence.
    The applicant submits the following evidence to support the §2(f) in part claim:

This mark is for a bilingual (Spanish/English) newspaper in the Washington Metropolitan Area (Maryland, Virginia and DC)

This is a newspaper launched as of April 1st, 2005. It's being audited by the Circulation Verification Council (as noted by their Logo in the Front Page).

The USPTO is authorized to communicate with the applicant or its representative at the following email address: aormaza@washingtonhoy.com.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Alex A Ormaza/   Date: 04/02/2005
Signatory's Name: Alex Agustin Ormaza
Signatory's Position: Publisher

Mailing Address:
    ISAMA Communications, CORP
    2211 Luzerne Ave
    Silver Spring, Maryland 20910

RAM Sale Number: 603
RAM Accounting Date: 04/04/2005

Serial Number: 78600592
Internet Transmission Date: Sat Apr 02 08:28:36 EST 2005
TEAS Stamp: USPTO/BAS-68167198212-200504020828363600
03-78600592-2009bbb791a479aae1613db528a6
14b83b3-CC-603-20050402082638829075

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*