FILED

JUN 14 2005

CQ-386-online
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

HOY PUBLICATIONS, LLC and )
DSA COMMUNITY PUBLISHING, LLC, )
Distribution Systems of America, )
Inc. )
               Plaintiff )
    vs )
 )
ISAMA COMMUNICATIONS CORP. )
and ALEX ORMAZA, )
 )
         Defendant )

Civil Action No.

CASE NUMBER   1:05CV01185

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 06/14/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __DISTRIBUTION SYSTEMS OF AMERICA, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DISTRIBUTION SYSTEMS OF AMERICA, INC.__ which have any outstanding securities in the hands of the public:

TRIBUNE COMPANY

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Amy L. Bess* (signature)

Signature

418985
BAR IDENTIFICATION NO.

Amy L. Bess
Print Name

1301 K Street, NW, Suite 600 East
Address

Washington, DC  20005
City     State     Zip Code

(202) 408-6444
Phone Number

3