FILED
CO-386-online
JUN 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

HOY PUBLICATIONS, LLC and )
DSA COMMUNITY PUBLISHING, LLC, )
Distribution Systems of America, )
Inc.          Plaintiff )
      vs )  Civil Action No.____
 )
ISAMA COMMUNICATIONS CORP. )
and ALEX ORMAZA, )
 )
          Defendant )

CASE NUMBER  1:05CV01185

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 06/14/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  DSA COMMUNITY PUBLISHING, LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  DSA COMMUNITY PUBLISHING, LLC  which have any outstanding securities in the hands of the public:

TRIBUNE COMPANY

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
*[signature: Amy L. Bess]*
Signature

418985
BAR IDENTIFICATION NO.

Amy L. Bess
Print Name

1301 K Street, NW, Suite 600 East
Address

Washington, DC  20005
City          State          Zip Code

(202) 408-6444
Phone Number