U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Hoy Publications, LLC, et al.

vs.

Isama Communications Corp., et al.

No. 1:05CV01185 RJL

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons; Complaint for Trademark Infringement and Request for Injunctive Relief; Exhibits A - C; Certificate Rule LCvR 7.1; Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before a United States Magistrate Judge in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:00 pm on June 16, 2005, I served Isama Communications Corp. c/o Alex Ormaza, Registered Agent at 2211 Luzerne Avenue, Silver Spring, Maryland 20910 by serving Alex Ormaza, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    40
HEIGHT-    5'9"
  HAIR-    BROWN
WEIGHT-    170
 COLOR-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 6-17-05
           Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 153914

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HOY PUBLICATIONS, LLC, and
DISTRIBUTION SYSTEMS OF AMERICA, INC.,
and DSA COMMUNITY PUBLISHING, LLC
    Plaintiffs,

V.

ISAMA COMMUNICATIONS CORP., and
ALEX ORMAZA,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NU[MBER]

CASE NUMBER 1:05CV01185
JUDGE: Richard J. Leon
DECK TYPE: General Civil
DATE STAMP: 06/14/2005

TO: (Name and address of Defendant)

ISAMA COMMUNICATIONS CORP.
2211 LUZERNE AVENUE
SILVER SPRING, MD 20910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

AMY BESS, ESQ.
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K STREET, NW, SUITE 600, EAST TOWER
WASHINGTON, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUN 14 2005
CLERK                                                    DATE

(By) DEPUTY CLERK