IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOY PUBLICATIONS, LLC, et al., )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>  )<br>ISAMA COMMUNICATIONS, CORP., et al., )<br>  )<br>  )<br>  Defendants. ) | Case No. 05cv1185 (RJL) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the respective parties to this action through the undersigned counsel, that all claims against all parties to this action be, and hereby are, dismissed with prejudice, each party bearing its or his own costs and attorneys' fees.

Respectfully submitted,

**SONNENSCHEIN NATH & ROSENTHAL LLP**

By: _____/s/_____
Amy L. Bess
DC Bar Number: 418985
Hector Garcia-Santana
1301 K Street, N.W.
Suite 600 - East Tower
Washington, D.C.  20005
(202) 408-6400
FAX (202) 408-6399

ATTORNEYS FOR PLAINTIFFS

- 2 -

                         **JENNISON & SHULTZ, P.C.**

By:    _____/s/_____
        John N. Jennison
        D.C. Bar Number:  438106
        Crystal Plaza #1 -- Suite 1102
        2001 Jefferson Davis Highway
        Arlington, Virginia  22201-3604

        ATTORNEYS FOR DEFENDANTS

Dated:  August 4, 2005

Case 1:05-cv-01185-RJL   Document 10   Filed 08/04/2005   Page 3 of 3

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has caused the foregoing Stipulation of Dismissal with Prejudice and Order of Dismissal to be served via United States Postal Service and facsimile, on this 4th day of August, 2005, to:

> John N. Jennison, Esq.
> Jennison & Shultz, P.C.
> Crystal Plaza #1 - Suite 1102
> 2001 Jefferson Davis Highway
> Arlington, Virginia  22202-3604
> TEL #:  703.415.1640
> FAX #:  703.415.0788
> *Counsel for Defendants Isama Communications Corp. and Alex Ormaza*

____/s/_____<br>
Amy L. Bess

25150713\V-1

- 3 -