IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOY PUBLICATIONS, LLC, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 05cv1185 (RJL)** |
| v. ) | |
| ) | |
| **ISAMA COMMUNICATIONS, CORP., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER OF DISMISSAL

Upon consideration of the Stipulation of Dismissal With Prejudice, signed by all parties and filed in this action, it is hereby

**ORDERED**, that Plaintiffs' claims against Defendants Isama Communications, Corp. and Alex Ormaza are hereby dismissed with prejudice. Each party shall bear its or his own costs and attorneys' fees.

Signed this _____ day of _____, 2005.

_____
Richard J. Leon
United States District Judge