# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOY PUBLICATIONS, LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>ISAMA COMMUNICATIONS, CORP., et al., )<br>)<br>)<br>Defendants. ) | Case No. 05cv1185 (RJL) |

## ORDER OF DISMISSAL

Upon consideration of the Stipulation of Dismissal With Prejudice, signed by all parties and filed in this action, it is hereby

**ORDERED**, that Plaintiffs' claims against Defendants Isama Communications, Corp. and Alex Ormaza are hereby dismissed with prejudice. Each party shall bear its or his own costs and attorneys' fees.

Signed this __9__ day of __Aug__, 2005.

_____
Richard J. Leon
United States District Judge

